■ In the Matter of the Claim of JOSEPH MULPAGANO, Respondent, v CRUCIBLE STEEL COMPANY OF AMERICA et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workmen's Compensation Board, filed January 16, 1975. Claimant, age 62, sustained a work related injury on November 19, 1971. When he returned for work on February 16, 1972, he applied for retirement and the application was accepted. The appellants contend that claimant voluntarily removed himself from the labor market, while it is his contention that his employment was terminated because of injury. It is clear that claimant had a permanent partial disability. There is also substantial evidence to support the finding that claimant sought other employment and, in fact, did find limited part-time work. On this record the board's determination must be sustained

(Matter of Miller v Pan Amer. World Airways, 46 AD2d 718; Matter of Santry v Westinghouse Elec. Corp., 35 AD2d 1037). Decision affirmed, with costs to the Workmen's Compensation Board. Koreman, P. J., Greenblott, Kane, Main and Reynolds, JJ., concur.